

NUMBER 13-19-00474-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

HERMAN ROSALES JR.,                                                 Appellant,

v.

THE STATE OF TEXAS,                                                 Appellee.

On appeal from the 24th District Court
of DeWitt County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Perkes**
**Memorandum Opinion by Justice Perkes**

Appellant, Herman Rosales Jr., by and through his attorney, has filed a motion to withdraw his appeal without prejudice on the basis he prematurely filed his notice of appeal. *See* TEX. R. APP. P. 42.2(a). Appellant requests that this court allow him to withdraw his appeal until the trial court has had a chance to make its ruling and findings. Without passing on the merits of the case, we grant the motion to withdraw the appeal

and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal without prejudice. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of October, 2019.